

# Case Assignment
# Standard Criminal Assignment

Case number **1:25CR-54-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 10/28/2025 4:06:15 PM
Transaction ID: 119545

Request New Judge          Return