

FILED
JAMES J. VILT, JR. - CLERK

OCT 28 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    Criminal Action No. <u>1:25-cr-54-GNS</u>

RAY GORDON

                                                                 DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Stephanie M. Zimdahl hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*Stephanie M. Zimdahl*

Stephanie M. Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911